**David BLACKBURN, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 03–3228.

United States Court of Appeals, Federal Circuit.

July 15, 2003.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re James RAMEY, Debtor–Appellant.**

**In re James Ramey Debtor.**

**Lone Star Bank, Movant–Appellee,**

v.

**James M. Ramey and Ella Ramey, Respondents–Appellants.**

No. 03–1267, 03–1315.

United States Court of Appeals, Federal Circuit.

July 16, 2003.

*ORDER*

On April 30, 2003, the court issued an order indicating that these appeals would be transferred to the United States Court of Appeals for the Fifth Circuit absent objection within 14 days. No objections having been received within the time allowed.

IT IS ORDERED THAT:

These appeals are hereby transferred to the United States Court of Appeals for the Fifth Circuit.